|  | AUSA: | Gjon Juncaj | Telephone: | (313) 348-8174 |
|---|---|---|---|---|
| AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture | Special Agent: | David Jacobs | Telephone: | (313) 919-1509 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| In the Matter of the Seizure of | ) | |
|---|---|---|
| *(Briefly describe the property to be seized)* | ) | Case: 2:22−mc−51242-1 |
| All funds on Deposit in Bank of America Account Number | ) | Case No.  Assigned To : Steeh, George Caram |
| 483092025885 up to and including $70,000 | ) | Assign. Date : 7/29/2022 |
| | ) | Description: Search/Seizure Warrant (SO) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ Eastern _____ District of _____ Michigan _____ be seized as being subject to forfeiture to the United States of America.  The property is described as follows:

All funds on Deposit in Bank of America Account Number 483092025885 up to and including $70,000 with permission to serve the warrant electronically followed by original service.

> I hereby certify that the foregoing is a true copy of the original on file in this office.
>
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
>
> By: *s/S. Osorio*
> Deputy

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before  August 12, 2022 _____
*(not to exceed 14 days)*

[✓] in the daytime 6:00 a.m. to 10:00 p.m.    [ ] at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the presiding United States Magistrate Judge on duy _____ .
*(United States Magistrate Judge)*

[ ] Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

[ ] for _____ days (not to exceed 30)    [ ] until, the facts justifying, the later specific date of _____ .

Date and time issued: _____ July 29, 2022 at 9:35 a.m. _____

*Judge's signature*

City and state:   Detroit, MI _____        Jonathan J.C. Grey        U. S. Magistrate Judge
*Printed name and title*

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:22-mc-51242-1 | Date and time warrant executed:<br>7/29/2022  approx 1:00PM | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of:<br>N/A | | |

Inventory of the property taken:

$70,000 check sent to FBI pursuant to Seizure warrant. Check sent to USMS for forfeiture proceedings

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/4/22

Executing officer's signature

FBI SA

Printed name and title